IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KELVIN FRAZIER,
    Plaintiff,

vs.                                    CASE NO.: 3:09cv400/MCR/MD

WALTER MCNEIL, et al.,
    Defendants.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 14, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is dismissed without prejudice so that plaintiff may pursue his complaint in the proper forum.

DONE AND ORDERED this 28th day of September, 2009.

                                              s/ *M. Casey Rodgers*
                                              M. CASEY RODGERS
                                              UNITED STATES DISTRICT JUDGE